THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Reginald Reed,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-192
Submitted January 29, 2003  Filed March 
 13, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Solicitor Warren Blair Giese, all of Columbia; for Respondent.
 
 
 

PER CURIAM: Reginald Reed appeals his guilty 
 plea to fifteen counts of forgery, arguing the trial judge violated the mandate 
 of Boykin v. Alabama, 395 U.S. 238 (1965), by accepting a plea that was 
 not knowingly and voluntarily entered.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Reeds appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.